## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

3M Innovative Properties Company,
3M Company,

    Plaintiffs,        Civil No. 07-4625 (RHK/JSM)

vs.              **DISQUALIFICATION AND
                 ORDER FOR REASSIGNMENT**

United States Gypsum Company,

    Defendant.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 16, 2007

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge